IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| WILLIAM WALT PETTIT, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE BILTMORE FINANCIAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN ALLEN, et al., <br><br> Defendants. | Case No.: 5:11-CV-158-RLV-DSC |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Garrett Thomas Reece]" (document #57). For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: July 24, 2012

David S. Cayer
United States Magistrate Judge