# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:11-CV-158

| | |
|---|---|
| WILLIAM WALT PETTIT, in his capacity as court-appointed receiver for the Biltmore Financial Group, Inc.,     ) ) ) ) | |
| **Plaintiff,**     ) ) | |
| **v.**     ) ) | **ORDER** |
| STEPHEN ALLEN, ET. AL.,     ) ) | |
| **Defendants.**     ) ) | |

**BEFORE THE COURT** is its own administrative order directing the Clerk to terminate Defendants Dennis and Darla Setzer; Defendants Betty and Hal Houston; Defendants Aundrea and Jeffrey Sigmon; Janis Mixon and Measured Dose Pharmacy, Inc.; and Defendant Evan Reece. No claims remain pending against these Defendants. See Docs. 64-68, 71.

Signed: April 1, 2015

Richard L. Voorhees
United States District Judge