# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| William Walt Pettit, in his capacity as court appointed receiver for the Biltmore Financial Group, Inc., | ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 5:11-cv-00158-RLV-DSC |
| vs. | ) ) | |
| George Huffman and Huffman Racing, Inc., | ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2015 Order.

August 25, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court