IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-158

| | |
|---|---|
| WILLIAM WALT PETTIT, *in his capacity as Court-Appointed Receiver for the Biltmore Financial Group, Inc.* )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>STEPHEN ALLEN, ET AL., )<br>)<br>**Defendants.** )<br>) | **ORDER** |

In accordance with the Status Report filed on September 1, 2015, there are no further pending matters before the Court. Accordingly, the Receiver's obligation to file status reports is no longer in effect and the Clerk is directed to **CLOSE** the case.

**SO ORDERED.**

Signed: September 2, 2015

Richard L. Voorhees
United States District Judge